

THE ATTORNEY GENERAL
OF TEXAS

AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

May 21, 1965

Honorable James E. Barlow
Criminal District Attorney
Bexar County
San Antonio, Texas

Dear Mr. Barlow:

Opinion No. C-445

Re: Whether the failure of a
candidate for office to
file the expense reports
required by the Election
Code constitutes a crimin-
al offense.

In your letter requesting an opinion of this office,
you ask the following question:

"Does the total failure of a candidate
to file the expense reports required by the
Election Code constitute a criminal offense?"

Article 14.08 of the Election Code, Vernon's Civil
Statutes, requires that candidates file sworn statements with
regard to their gifts, loans, expenses, debts, etc.; and Sec-
tion (g) of that Article provides:

"(g)  If any candidate fails to file
such sworn statement at the time provided
herein or swears falsely therein, he shall
be subject upon conviction to a fine not
less than One Hundred Dollars ($100) nor
more than Five Thousand Dollars ($5,000),
or be imprisoned in the penitentiary not
less than one (1) nor more than five (5)
years, or be both so fined and imprisoned."

The caption of the legislation enacting the Election
Code reads:

"AN ACT to adopt and establish an elec-
tion code for the State of Texas, to revise
and recodify Title 50 of the Revised Civil
Statutes of 1925 of Texas, and all amendments
thereto, to repeal all Acts in conflict here-
with, provided, however, that nothing in this
Act shall be construed as repealing or in any
way affecting the legality of any penal pro-
vision of the existing law, and further pro-
vided that nothing in this Act shall in any

-2114-

wise alter, amend, or repeal House Bill No. 43, Acts, Regular Session, Fifty-second Legislature; providing a saving clause; providing an appropriation; providing the effective date; and declaring an emergency."

In Ex Parte Meyer, 357 S.W.2d 754 (Tex.Crim. 1962), the above penal provision of the Election Code was declared invalid due to the fact that the caption gave no notice that penal provisions were to be found in the Act. The Court cites Article 3, Section 35 of the Texas Constitution which prohibits the inclusion in a bill of any subject not expressed in the title.

We are unable to find any other statutory authority whereby the failure of a candidate to file expense reports would constitute a criminal offense, as Articles 252 and 262-269, Vernon's Penal Code were repealed by the Acts of 1959, 34, Chapter 22, Section 1.

## SUMMARY

The total failure of a candidate to file the expense reports required by the Election Code does not constitute a criminal offense. Ex Parte Meyer, 357 S.W.2d 754 (Tex.Crim. 1962).

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By: _BRADY COLEMAN_
BRADY S. COLEMAN
Assistant Attorney General

BSC/lh
APPROVED:
OPINION COMMITTEE
W. V. Geppert, Chairman
Mary K. Wall
Malcolm Quick
Paul Phy
George Gray

APPROVED FOR THE ATTORNEY GENERAL
BY: Stanton Stone